UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PROTECTIVE LIFE INSURANCE
COMPANY,

      Plaintiff,                           Case No. 2:11-cv-1043
                                          JUDGE GREGORY L. FROST
      v.                                   Magistrate Judge Mark R. Abel

JAMES P. SALYER, ETC., et al.,

      Defendants.

### ORDER

      This matter is before the Court for consideration of Plaintiff Protective Life Insurance Company's Motion to Dismiss Counts I and II of Defendant Karen Saylor's Counterclaim (ECF No. 9), Plaintiff's Motion for Leave to Deposit Funds and for Discharge (ECF No. 11), and parties' Joint Motion for Entry of Agreed Order Granting Protective Life Insurance Company's Interpleader and Deposit of Insurance Proceeds with the Court (ECF No. 18).

      The parties' Joint Motion (ECF No. 18) is **GRANTED**.  In light of the Court's Order granting the parties' Joint Motion and the terms of the agreed order, Plaintiff's Motion for Leave (ECF No. 11) and Motion to Dismiss (ECF No. 9) are **DENIED AS MOOT.**

      **IT IS SO ORDERED**.

                                                          /s/ Gregory L. Frost
                                                 GREGORY L. FROST
                                                 UNITED STATES DISTRICT JUDGE